UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- X
                                                                :
JAMES MURPHY, ON BEHALF OF                                      :
HIMSELF AND ALL OTHER PERSONS                                   :
SIMILARLY SITUATED,                                             :
                                                                :      19-CV-10323 (VEC)
                                       Plaintiff,               :
                                                                :          ORDER
              -against-                                         :
                                                                :
                                                                :
BP AMERICA INC.,                                                :
                                                                :
                                       Defendant.               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/27/2020

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff has filed an amended complaint in response to a pending motion to dismiss, Dkt. 21;

IT IS HEREBY ORDERED THAT the pending motion to dismiss is DENIED as moot. The Clerk of Court is respectfully requested to terminate the open motion at docket entry 17.

**SO ORDERED.**

Date: March 27, 2020           **VALERIE CAPRONI**
      New York, New York        **United States District Judge**